**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| ARTHUR WIGGINS, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| | ) | 5:22-cv-00328-TES |
| v. | ) | |
| | ) | |
| CRST EXPEDITED, INC.; | ) | |
| CRST MALONE, INC. D/B/A | ) | |
| CRST DEDICATED SERVICES | ) | |
| INC.; ALBERT WAYNE | ) | |
| CALHOUN and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT CRST EXPEDITED, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant CRST Expedited, Inc., pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 87.1, files this Corporate Disclosure Statement, stating that Admiralty Holdings, Inc. is the parent company for CRST Expedited, Inc. Both companies are privately held. CRST Expedited, Inc. also has no subsidiary corporations.

This 9th day of September, 2022.

[SIGNATURE ON NEXT PAGE]

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Brannon J. Arnold*
Brannon J. Arnold
Georgia Bar No. 218034
Jason T. Vuchinich
Georgia Bar No. 537503
3344 Peachtree Rd, N.E., Suite 2400
Atlanta, Georgia 30326
404-876-2700
barnold@wwhgd.com
jvuchinich@wwhgd.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in this action:

Christopher J. Adams
KENNETH S. NUGENT, P.C.
The Peachtree, Suite 1000
Atlanta, Georgia 30309
cadams@attorneykennugent.com

Jan P. Cohen
KENNETH S. NUGENT, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, Georgia 30096
jcohen@attorneykennugent.com

*Counsel for Plaintiff*

This 9th day of September, 2022.

*/s/ Brannon J. Arnold*
Brannon J. Arnold