IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **Arthur Wiggins**,<br><br>                Plaintiff,<br><br>v.<br><br>**CRST Expedited Inc.; CRST Malone Inc., d/b/a CRST Dedicated Services Inc.; Albert Wayne Calhoun; and John Doe,**<br><br>                Defendants. | Case No.<br>5:22-cv-00328-TES |

## DISMISSAL WITH PREJUDICE

COMES NOW Arthur Wiggins, Plaintiff in the above-captioned civil action, and hereby dismisses with prejudice all claims made against Defendants CRST Expedited Inc.; CRST Malone Inc., d/b/a CRST Dedicated Services Inc.; Albert Wayne Calhoun; and John Doe.  The Clerk of this Court is directed to mark the above-captioned civil action as **DISMISSED WITH PREJUDICE** upon the docket and records of the Court.

      Submitted on March 8, 2023, by:

                                   _____

**Rafi Law Firm LLC**              Christopher D. Stokes
1776 Peachtree Street NW      Georgia Bar No. 891532
Suite 423-South

Atlanta, GA 30309
404-800-9933
470-344-3425 fax
chris@rafilawfirm.com                **Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **Arthur Wiggins,** | Case No. |
| | 5:22-cv-00328-TES |
| Plaintiff, | |
| v. | |
| **CRST Expedited Inc.; CRST Malone Inc., d/b/a CRST Dedicated Services Inc.; Albert Wayne Calhoun; and John Doe,** | **Certificate of Service** |
| Defendants. | |

This is to certify that I served foregoing document on all counsel of record

via statutory electronic service as follows:

Christopher J. Adams
Kenneth S. Nugent, P.C.
2900 Chamblee Tucker Rd., Bldg 1
Atlanta, GA 30341
cadams@attorneykennugent.com

Brannon J. Arnold

Jason T. Vuchinich
3344 Peachtree Rd. N.E., Suite 2400
Atlanta, GA 30326
barnold@wwhgd.com
jvuchinich@wwhgd.com

Submitted on March 8, 2023, by:

_____
Christopher D. Stokes

**Rafi Law Firm LLC**
1776 Peachtree Street NW
Suite 423-South
Atlanta, GA 30309

Georgia Bar No. 891532

3

404-800-9933
470-344-3425 fax
chris@rafilawfirm.com                    **Attorney for Plaintiff**